UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS, <br><br>                 Plaintiff, <br><br> -against- <br><br> W.F. RESTAURANTS, INC. dba ORSO RESTAURANT, et al., <br><br>                 Defendants. | 24-CV-1989 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

       IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: March 19, 2024                                         SO ORDERED.
        New York, New York

                                                             *Jessica Clarke*
                                                    _____
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge